PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
4:19-cr-00219-002

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00059-CDS-BNW-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Felipe Noriega Jr. | Southern District of Iowa | Des Moines |

**NAME OF SENTENCING JUDGE**
U.S. District Judge Rebecca Goodgame Ebinger

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 05/09/2023
TO: 05/08/2026

**OFFENSE**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846 – Conspiracy to Distribute 50 Grams or More of Methamphetamine and 500 Grams or More of a Mixture and Substance Containing Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 12, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 17, 2025
*Effective Date*

Cristina D. Silva, United States District Judge